UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ERRON WILLIAMS,

    Plaintiff,                  Case No.: 0:21-cv-61161-RS

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**DEFENDANT, COMMONWEALTH FINANCIAL SYSTEMS, INC.'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Commonwealth Financial Systems, Inc. (CFSI), through counsel and under the Federal Rules of Civil Procedure, submits this Answer and Affirmative Defenses to the Complaint filed by plaintiff, Erron Williams (plaintiff), and states:

**JURISDICTION AND VENUE**

1. Upon information and belief, RGS admits this Court has jurisdiction. Except as specifically admitted, CFSI denies the allegations in ¶ 1.

2. Upon information and belief, CFSI admits this Court has jurisdiction. Except as specifically admitted, CFSI denies the allegations in ¶ 2.

3. CFSI denies the allegations in ¶ 3.

4. Upon information and belief, CFSI admits venue is proper. Except as specifically admitted, CFSI denies the allegations in ¶ 4.

**PARTIES**

5. Upon information and belief, CFSI admits plaintiff is a natural person residing in Broward, Florida. Except as specifically admitted, CFSI denies the allegations in ¶ 5.

6. CFSI admits it has a place of business in Pennsylvania. Except as specifically admitted, CFSI denies the allegations in ¶ 6.

## DEMAND FOR JURY TRIAL

7. CFSI admits plaintiff purports to demand a jury trial, but denies any violations, liability, and wrongdoing under the law. Except as specifically admitted, CFSI denies the allegations in ¶ 7.

## FACTUAL ALLEGATIONS

8. CFSI admits an account in plaintiff's name was placed with it for collection. Except as specifically admitted, CFSI denies the allegations in ¶ 8.

9. CFSI denies the allegations in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10. CFSI denies the allegations in ¶ 10 for lack of knowledge or information sufficient to form a belief therein.

11. CFSI denies the allegations in ¶ 11.

12. CFSI admits part of his business is the collection of debts. Except as specifically admitted, CFSI denies the allegations in ¶ 12.

13. CFSI admits part of his business is the collection of debts owed to others. Except as specifically admitted, CFSI denies the allegations in ¶ 13.

14. CFSI admits the allegations in ¶ 14.

15. CFSI admits the allegations in ¶ 15.

16. CFSI admits the allegations in ¶ 16.

17. CFSI admits the allegations in ¶ 17.

18. CFSI denies the allegations in ¶ 18 as calling for a legal conclusion.

19. CFSI denies the allegations in ¶ 19 as calling for a legal conclusion.

20. CFSI denies the allegations in ¶ 20.

21. CFSI denies the allegations in ¶ 21.

22. CFSI denies the allegations in ¶ 22.

23. CFSI denies the allegations in ¶ 23.

24. CFSI denies the allegations in ¶ 24.

25. CFSI denies the allegations in ¶ 25.

26. CFSI denies the allegations in ¶ 26.

27. Exhibit A speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 27 state otherwise, denied.

28. CFSI denies the allegations in ¶ 28.

29. CFSI denies the allegations in ¶ 29.

30. CFSI denies the allegations in ¶ 30.

31. CFSI denies the allegations in ¶ 31.

32. CFSI denies the allegations in ¶ 32.

## COUNT 1
## VIOLATION OF 15 U.S.C. § 1692c(b)

33. CFSI reasserts the foregoing as if fully stated herein.

34. The FDCPA speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 34 state otherwise, denied.

35. CFSI denies the allegations in ¶ 35.

36. CFSI denies the allegations in ¶ 36, including subparts (a) through (c).

## COUNT 2
## VIOLATION OF FLA. STAT. § 559.72(5)

37. CFSI reasserts the foregoing as if fully stated herein.

38. The FCCPA speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 38 state otherwise, denied.

39. CFSI denies the allegations in ¶ 39.

40. CFSI denies the allegations in ¶ 40, including subparts (a) through (d).

## CFSI'S AFFIRMATIVE DEFENSES

1. To the extent that any violations are established, any such violations were not intentional and resulted from *bona fide* error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. CFSI denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of CFSI's purported violations.

3. One or more claims asserted by plaintiff is barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

4. Assuming that plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

5. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than CFSI and were beyond the control or supervision of CFSI or for whom CFSI was and is not responsible or liable.

6. Plaintiff has failed to state a claim against CFSI upon which relief may be granted.

WHEREFORE, Defendant, Commonwealth Financial Systems, Inc., requests the Court dismiss this action with prejudice and grant it any other relief the Court deems appropriate.

Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Commonwealth Financial Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of June 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

                              */s/  Michael P. Schuette*
                              Attorney